# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INITIAL APPEARANCE |
| v. | ON CRIMINAL COMPLAINT |
| TROY W. STAERKEL | Case No. 26-MJ-607 |

| | |
|---|---|
| HONORABLE TIFFANY E. WOELFEL, presiding | Hearing Began: 12:04 p.m. |
| Deputy Clerk: Kyle | Hearing Ended: 12:16 p.m. |
| Hearing Held: February 13, 2026 | Tape Number: Zoom 021326 |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Alexander Duros |
| TROY W. STAERKEL  by: | Krista Halla-Valdes |
| | ☒ FDS  ☐ CJA  ☐ RET |
| U.S. PROBATION OFFICE by: | Andrew Cieslewicz |
| INTERPRETER:  ☐ None  ☐ Sworn | |

Defendant appears via video conference.
☒ Defendant consents to proceed via video from the Winnebago County Jail.

| | |
|---|---|
| ☒ Defendant advised of rights | ☒ Defendant advised of maximum penalties |
| ☒ Court orders counsel appointed | Counts 1-2 – SENT: 5 years-40 years; |
| ☒ Copy of complaint reviewed with Defendant | Fine: $5M; SR: 4 years-Life; SA: $100.00 |
| ☐ document read; ☒ reading waived | Count 3 – SENT: 15 years; Fine: $250K; |
| | SR: 3 years; SA: $100.00 |

**THE COURT ORDERS** that pursuant to Federal Criminal Rule of Procedure 5(f) the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny.  Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

| | |
|---|---|
| Defendant waives: | ☒ Court sets Preliminary Hearing for: |
| ☐ Preliminary Hearing | |
| ☐ Identity Hearing | **February 26, 2026 at 1:00 p.m. (if necessary)** |

☒  Defendant is ordered temporarily detained.  Detention hearing set for: **February 18, 2026 at 11:00 a.m. via Zoom video conference**

Mr. Duros indicates the government is asking for the 3-day continuance.
The court grants the government's request.